**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MICHAEL JOSEPH GIRAO,

                Plaintiff,              22 **CIVIL** 1419 (JLC)

      -v-                                 **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 18, 2023, Girao's motion for summary judgment is denied, the Commissioner's cross-motion is granted, and the case is dismissed.

**Dated:**  New York, New York

      August 18, 2023

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                         **BY:**  _____

                                                          **Deputy Clerk**